UNITED STATES DISTRICT COURT
FOR THE DISTICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 25-mj-16 |
| DANIEL BALL | : |
| Defendant. | : |

## ORDER

On January 22, 2025, the Court conducted an Initial Appearance and Rule 5 Removal Hearing for Defendant Daniel Ball. Defendant was advised of the charge in the Indictment and of his rights. Defendant waived his right to an identity hearing and submitted on the warrant, a copy of which was provided to him during the hearing. The government requested that Defendant be held pending removal to the Middle District of Florida by the United States Marshals Service. Defendant did not waive his right to a detention hearing if the government seeks his pretrial detention in the Middle District of Florida but elected to have any such hearing in that district. Defendant additionally requested that, when returning him to the Middle District of Florida, the United States Marshals Service not transport him through FCI Petersburg where he alleges he was assaulted previously by a corrections officer.

The United States Marshals Service is hereby **ORDERED** to transport Defendant Daniel Ball to the Middle District of Florida for further proceedings. The Court **RECOMMENDS** that the United States Marshals Service not transported Defendant

through FCI Petersburg on his way to that district.

**IT IS SO ORDERED.**

Date: January 23, 2025

_____
THE HONORABLE G. MICHAEL HARVEY
UNITED STATES MAGISTRATE JUDGE